**STATE of Missouri, Respondent,**

v.

**Joseph G. OWENS, Appellant.**

**No. WD 41291.**

Missouri Court of Appeals,
Western District.

Oct. 3, 1989.

John A. Klosterman, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of forcible sodomy, § 566.060, RSMo 1986, and a sentence of 15 years.

Judgment affirmed.   Rule 30.25(b).